PROB 12C
(7/93)

Report Date: May 27, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 27 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nelson Rogelio Chairez        Case Number: 2:02CR00293-001

Address of Offender: ICE, Los Angeles Branch

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/19/2003

Original Offense:   Distribution of 500 Grams or More of a Mixture of Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 87 Months;          Type of Supervision: Supervised Release
                    TSR - 60 Months

Asst. U.S. Attorney: Pamela Byerly               Date Supervision Commenced: 3/15/2009

Defense Attorney:    Federal Defender            Date Supervision Expires: 3/14/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: On or about April 20, 2011, a deportation officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), was notified that the offender was present in the United States and in the administrative custody of ICE, Los Angeles Branch. ICE files reflect that on April 20, 2011, Mr. Chairez was arrested at his residence located in Wildomar, California.

                    ICE files reflect that Mr. Chairez was officially removed and deported from the United States on June 5, 2009. ICE records also indicate they have no record of the offender ever applying for, or receiving permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. As a result, a criminal complaint was filed in the Central District of California against Nelson Rogelio Chaires Robles, aka: "Nelson Rogelio Chairez," under magistrate case number 11-0983M, for the charge of Illegal Alien Found in the United States Following Deportation, in violation of 18 U.S.C. §§ 1326(a), (b)(2).

Prob12C
Re: Chairez, Nelson Rogelio
May 27, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/27/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_/s/ Edward F. Shea_
Signature of Judicial Officer

May 27, 2011
Date